```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                          :
UNITED STATES OF AMERICA                  :
                                          :           ORDER
     - v -                                :
                                          :           21 Cr. 521 (KMK)
VERNON E. COPELAND, III,                  :
                                          :
                    Defendant.            :
- - - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Lindsey Keenan, of counsel, and with the consent of the defendant, by and through his counsel, it is hereby ORDERED that the time between January 13, 2022 and March 16, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant to undergo a competency examination pursuant to 18 U.S.C. § 4241, and will allow the parties to review and consider the results of the competency examination.

Dated: White Plains, New York
       December 31, 2021

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE