UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

United States,

    -against-

Vernon E. Copeland, III,

    Defendant.

-----------------------------------------------------------x

ORDER

Docket No. 21 CR 00521 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Daniel Adam Hochheiser, Esq., is to assume representation of the defendant in the above captioned matter as of June 7, 2022. Mr. Hochheiser is appointed pursuant to the Criminal Justice Act. His address is 2 Overhill Road, Suite 400, Scarsdale, NY 10583, phone number (646) 863-4247; Email: dah@hochheiser.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       June 7, 2022