**Law Offices of
Daniel A. Hochheiser**
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

MEMO ENDORSED

August 3, 2022

Via ECF and Email
Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   U.S. v. Vernon Copeland III, 21 Cr. 521 (KMK)
      REQUEST FOR ADJOURNMENT

Your Honor:

According to information I received today from the U.S. Marshalls and the Court's Chambers, my client Copeland was not produced for today's scheduled status conference because he is being treated at Brooklyn Hospital. I understand Copeland was admitted to Brooklyn Hospital on July 20, 2022. On July 15, 2022, I visited Copeland at the MDC-Brooklyn Jail at which time my client was in a wheelchair. During our July 15th visit, Copeland provided me with a copy of a "Request For Administrative Remedy" describing, in writing, a June 10, 2022 fall resulting in pain to Copeland's back and neck. He may be at Brooklyn Hospital in connection with his complaint of neck and back pain.

I request an adjournment of today's conference to a date in September. Copeland consents to an exclusion of time based upon the pending issue of: (i) Copeland's mental competency [18 USC §3161(h)(1)(A)], (ii) ongoing hospital treatment, and (iii) because counsel needs time to obtain and review the discovery in this matter. Therefore, the ends of justice are served by granting of a continuance until a date in September which would outweigh the best interests of the public and the defendant in a speedy trial, to resolve the competency issue, permit Copeland to receive medical treatment at Brooklyn Hospital, and to permit counsel time to obtain and review discovery. 18 USC §3161(7)(A).

Respectfully submitted,

Daniel A. Hochheiser

Cc: AUSA Lindsey Keenan

Granted. The conference is adjourned to 9/22/22, at 2:30 Time is excluded until then to allow time to evaluate Mr. Copeland's mental competence, to permit Mr. Copeland to receive treatment for his physical medical issues and to allow Mr. Hochheiser to obtain and review the discovery. See 18 U.S.C. Sections 3161(h)(1)(A) and (h)(7)(A).

So Ordered.
8/3/22