MEMO ENDORSED

# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

October 26, 2022

Via ECF and Email
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *USA v. Vernon Copeland III*, 21 CR 521(KMK)
      CJA Counsel Seeks Permission to File Interim Vouchers

Your Honor:

   I am assigned as counsel to represent Vernon Copeland III pursuant to the Criminal Justice Act. ECF 24.

   I request endorsement of this letter motion, granting me permission to file interim vouchers on the eVoucher system.

Granted.
So Ordered.
[signature]
10/26/22

Respectfully submitted,
[signature]
Daniel A. Hochheiser