UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     ORDER

       - v. -                        :     21 Cr. 521 (KMK)

VERNON E. COPELAND, III,           :

       Defendant.                  :

- - - - - - - - - - - - - - - - - - X

       Upon Order of the Court, with the consent of the defendant, VERNON E. COPELAND, III, by his counsel, Daniel A. Hochheiser, Esq., and the consent of the UNITED STATES, Damian Williams, United States Attorney for the Southern District of New York, by Assistant United States Attorney Lindsey Keenan, Esq., it is hereby

       ORDERED, pursuant to Title 18, United States Code, Sections 4241, et seq., that on or before December 2, 2022, a psychological evaluation of the defendant VERNON E. COPELAND, III, be performed by Barry Rosenfeld, Ph.D to assist the Court in determining whether COPELAND presently is suffering from a mental illness which renders him unable to comprehend the nature and consequences of the proceeding against him or reasonably assist in his defense; and it is further

       ORDERED that Dr. Rosenfeld's fees are to be paid for by

1

the Department of Justice pursuant to Title 18, United States Code, Section 4272(b); and it is further

ORDERED pursuant to Title 18, United States Code, Sections 4247(c), that within 14 days of the conclusion of this examination, Dr. Rosenfeld report the results of his examination to the Court with copies provided to defense counsel Daniel A. Hochheiser, Esq., 2 Overhill Road, Suite 400, Scarsdale, New York 10583, and Assistant United States Attorneys Lindsey Keenan and Jennifer Ong, 1 St. Andrew's Plaza, New York, New York 10007.

DATED:  November 7, 2022
        White Plains, New York

HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK