UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

No. 21-CV-521 (KMK)

VERNON E. COPELAND III,

MOTION SCHEDULING ORDER

Defendant.

KENNETH M. KARAS, District Judge:

Trial of this case will now begin on June 12, 2023, at 10:00 A.M. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

The Parties' motions in limine, proposed jury instructions, voir dire, and proposed verdict form are due by May 26, 2023.

The Government shall produce to Defendant any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) and an accompanying Memorandum of Law by May 8, 2023. Defendant shall file a response to the Government's 404(b) motion by May 22, 2023. The Government shall file its reply by May 30, 2023.

Oppositions to motions in limine are due by May 30, 2023. Failure to object will waive any subsequent objections.

The Government shall produce to Defendant any material pursuant to 18 U.S.C. § 3500 and *Giglio* by May 26, 2023.

The Government shall produce to Defendant pre-marked exhibits it intends to introduce as part of its case-in-chief at trial by May 8, 2023 (four weeks prior to trial).

The Court will hold a final pre-trial Conference on June 1, 2023 at 11:00 A.M.

Time is excluded from the Speedy Trial Act until June 12, 2023, in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:     January 25, 2023
           White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE