UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

United States,

    -against-

Vernon E. Copeland, III,

           Defendant.

---------------------------------------------------------x

ORDER

Docket No. 21 CR 00521 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Theodore S. Green, is to assume representation of the defendant in the above captioned matter as of March 30, 2023. Mr. Green is appointed pursuant to the Criminal Justice Act. His address is Green & Willstatter, 200 Mamaroneck Avenue, Suite 605, White Plains, New York 10601, phone number (914) 948-5656; Email:theosgreen@msn.com. Daniel Hochheiser is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       April 3, 2023