UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VERNON E. COPELAND, III,<br><br>Defendant. | No. 21-CR-521 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

At the trial which completed on July 14, 2023, the Court deemed all post-trial motions to have been made on July 14, 2023.

Defendant shall file his respective briefs in support of his motions by no later than August 14, 2023.  The Government shall file its responses by no later than September 11, 2023. Defendant shall file his replies by no later than September 25, 2023.  The Court shall schedule oral argument on all motions at a later date.

SO ORDERED.

DATED:   July 18, 2023
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE