# Green & Willstatter
Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green            (914) 948-5656
Richard D. Willstatter       Fax (914) 948-8730            e-mail: theosgreen@msn.com

August 14, 2023

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

    re: *United States v. Copeland*, 21-cr-521 (KMK)

Dear Judge Karas:

    This letter is an application to be relieved as Mr. Copeland's appointed counsel.
    During trial, when the Court was allocuting the defendant concerning his choice whether or not to testify, the defendant raised issues about not having sufficient opportunity to decide whether or not to testify. Trial tr. 508-513.  Since Mr. Copeland's statements to the Court, in part, implicated counsel's representation of him, undersigned counsel moves to be relieved and to have new counsel appointed.

                                            Very truly yours,

                                            /s/ *Theodore S. Green*
                                            Theodore S. Green

cc: All counsel (by ECF)