# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

———

THEODORE S. GREEN                    (914) 948-5656
RICHARD D. WILLSTATTER          FAX (914) 948-8730               E-MAIL: THEOSGREEN@MSN.COM

October 2, 2023

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

   re: *United States v. Copeland*, 21-cr-521 (KMK)

Dear Judge Karas:

   On August 14, 2023, I filed a letter application to be relieved as Mr. Copeland's appointed counsel.  Mr. Copeland has advised me that he joins in this application and he requests that new counsel be appointed.

   Accordingly, I ask that Mr. Copeland's request, and the relief requested in my August 14 application, be granted and that new counsel be appointed to this case.

      Very truly yours,

      /s/ *Theodore S. Green*
      Theodore S. Green

cc: All counsel (by ECF)