UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Vernon E. Copeland, III,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 21 CR 00521 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Kerry A. Lawrence is to assume representation of the defendant in the above captioned matter as of October 4, 2023. Mr. Lawrence is appointed pursuant to the Criminal Justice Act. His address is Law Office of Kerry A. Lawrence, PLLC, 140 Grand Street, Suite 705, White Plains, NY 10601, phone number (914) 946-5900, Email: kerry@kerrylawrencelaw.com Theodore S. Green is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       October 4, 2023