UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>VERNON E. COPELAND III,<br><br>                    Defendant. | No. 21-CR-521 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

      The Court has reviewed Defendant's Motion for a New Trial pursuant to Federal Rule of Criminal Procedure 33.  (*See* Dkt. No. 92.)  For reasons that the Court will explain at sentencing on June 25, 2024, Defendant's Motion is denied.

      The Clerk of Court is respectfully directed to terminate the pending Motion.  (*See* Dkt. No. 92.)

SO ORDERED.

Dated:   June 18, 2024
             White Plains, New York

                                                  KENNETH M. KARAS
                                               United States District Judge