UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VERNON E. COPELAND, III,<br><br>*Defendant*. | No. 21-CR-521 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

The Court determines it would not be appropriate to issue a certificate of appealability for its April 17, 2026 Order. *See United States v. Copeland*, No. 21-CR-521, 2026 WL 1049577 (S.D.N.Y. Apr. 17, 2026). In that Order, the Court concluded that it would be premature to bring a petition pursuant to 28 U.S.C. § 2255 before the mandate issued in Copeland's direct appeal, and the Court's order expressly stated that the denial of Copeland's requests would be without prejudice such that it would not trigger the "second or successive" provision of the Antiterrorism and Effective Death Penalty Act of 1996, *see Copeland*, 2026 WL 1049577, at *2 & n.1. Where a motion brought pursuant to 28 U.S.C. § 2255 is "prematurely filed" and therefore denied, the motion "makes no substantial showing of a denial of a constitutional right," and therefore "a certificate of appealability will not issue." *Olivo v. United States*, No. 22-CR-582, 2025 WL 2411136, at *2 (S.D.N.Y. Aug. 20, 2025) (citing 28 U.S.C. § 2253). To the very narrow extent that Copeland's earlier requests could have been interpreted as a petition pursuant to § 2255 and this Court denied them as premature due to the pending appeal and absence of a mandate from the Second Circuit, an appeal from that decision would not be taken in good faith.

Accordingly, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the portion of its April 17, 2026 order denying any 28 U.S.C. § 2255 petition as premature due to a then-pending direct appeal would not be taken in good faith.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED: August 18, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE